UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC VICIAN, et al.,
etc.,

        Plaintiffs,

v.                                  CASE NO. 8:13-CV-1871-T-17TGW

TIMOTHY M. ROBERTS,
et al.,

        Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 18   Motion for Default Judgment
Dkt. 23   Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the Motion for Default Judgment be granted against Defendant Timothy M. Roberts in favor of Plaintiffs in the amount of $51,895.90, plus post-judgment interest calculated at the statutory rate. The above amount includes the award of minimum wages, overtime compensation and liquidated damages as to Plaintiffs Eric Vician, Renee Ast, and Justin Langley, and opt-in Plaintiffs Jeanne LaPensee and Bryant Reyes.

The Court has independently examined the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation, and grants the Motion for Default Judgment in favor of Plaintiffs and opt-in Plaintiffs against Defendant Timothy M. Roberts. Accordingly, it is

Case No. 8:13-CV-1871-T-17TGW

**ORDERED** that the Report and Recommendation (Dkt. 23) is **adopted and incorporated**. Plaintiffs' Motion for Default Judgment (Dkt. 18) in favor of Plaintiffs Eric Vician, Renee Ast, Justin Langley, and opt-in Plaintiffs Jeanne LaPensee and Bryant Reyes is **granted** in the total amount of $51,895.50, as follows:

| | |
|---|---|
| Eric Vician | $12,424.38 |
| Renee Ast | $17,498.00 |
| Justin Langley | $ 9,524.00 |
| Jeanne LaPensee | $ 4,371.90 |
| Bryant Reyes | $ 8,077.62 |

The award of damages **shall bear** post-judgment interest at the statutory rate. The Clerk of Court **shall enter** a final judgment in favor of Plaintiffs and opt-in Plaintiffs against Defendant Timothy M. Roberts in the above amounts. The Court **retains jurisdiction** for the award of attorneys fees and costs in favor of Plaintiffs against Defendant Roberts.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 5 day of February, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

2