UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIC VICIAN, RENEE AST
and JUSTIN LANGLEY, on their
own behalf and on behalf of those
similarly situated,

    Plaintiffs,

v.                                          CASE No. 8:13-CV-1871-T-17TGW

TIMOTHY M. ROBERTS,
DAVID HUNTER, DAVID BUCKEL,
TERRANCE TAYLOR and
TODD WALLACE,

    Defendants.
_____

## REPORT AND RECOMMENDATION

THIS CAUSE came on for consideration upon Plaintiff's Motion to Tax Attorneys' Fees and Expenses (Doc. 26). Defendant Timothy M. Roberts has not filed a response to this motion. Therefore, in light of the requirements of Local Rule 3.01(b), it can be assumed that the defendant has no objection to the requested relief.

Accordingly, I recommend that Plaintiff's Motion to Tax Attorneys' Fees and Expenses (Doc. 26) be granted, and that attorneys' fees in the amount of $7,152.50 and costs in the amount of $605, plus post-

judgment interest, be awarded in favor of the plaintiffs and against the defendant, Timothy M. Roberts, pursuant to 29 U.S.C. 216(b) of the FLSA.

Respectfully submitted,

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: MARCH 20, 2015

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).